

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number: 01-13-00946-CR

Trial Court Cause
Number: 1362831

Style: Julio Francisco Galvan

**v** The State of Texas

Date motion filed*: September 29, 2014

Type of motion: Extension of time to file reply brief

Party filing motion: Appellant

Document to be filed: Reply Brief

Is appeal accelerated? ☐ Yes ☒ No

If motion to extend time:

    Original due date: September 8, 2014

    Number of previous extensions granted: Reply Brief - 0

    Date Requested: October 2, 2014

Ordered that motion is:

    ☒ Granted

        If document is to be filed, document due: October 2, 2014

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

Judge's signature: /s/ Terry Jennings
        ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: October 1, 2014